**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Davinder Singh dba Cigarettes 4-Less #22 aka Cigarettes Outlet

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>MCCORDUCK PROPERTIES LOS BANOS, LLC, a California limited liability company; SY LIANG WANG dba TERIYAKI HOUSE; DAVINDER SINGH dba CIGARETTES 4-LESS #22 aka CIGARETTES OUTLET; SAVE MART SUPERMARKETS, a California corporation, dba;<br><br>    Defendants. | CASE NO. 1:  14-cv-01444---SAB<br><br>SECOND STIPULATION AND  ORDER FOR EXTENSION OF TIME FOR DAVINDER SINGH dba CIGARETTES 4-LESS #22 aka CIGARETTES OUTLET TO RESPOND TO COMPLAINT |

WHEREAS:

1. Plaintiff Cecil Shaw filed this action on October 21, 2014.

2. This is the second request for an extension of time for Defendant DAVINDER SINGH dba CIGARETTES 4-LESS #22 aka CIGARETTES OUTLET ("Defendant).  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendant are in settlement negotiations at this time.

4. Defendant has presented a proposed plan of remediation, and time is needed for the parties to review, make any needed adjustments and prepare a proposed settlement agreement.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendant's time to respond to the complaint until December 2, 2014, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendant through his attorneys, and Plaintiff Cecil Shaw, through his attorneys, hereby stipulate and agree that the time for Defendant DAVINDER SINGH dba CIGARETTES 4-LESS #22 aka CIGARETTES OUTLET R to answer or otherwise respond to the Complaint shall be extended up to and including December 2, 2014, pending court approval.

IT IS SO STIPULATED.

Dated: November 19, 2014

MOORE LAW FIRM, PC
_____/s/Tanya Moore_____
Tanya Moore, Attorney for Plaintiff Cecil Shaw

Dated: November 19, 2014

_____/s/Bruce A. Neilson_____
Bruce A. Neilson, Attorney for Defendant
Davinder Singh dba Cigarettes 4-Less #22 aka
Cigarettes Outlet

IT IS SO ORDERED.

Dated:   **November 19, 2014**

UNITED STATES MAGISTRATE JUDGE