# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MCCORDUCK PROPERTIES LOS BANOS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:14-cv-01444-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE:  January 5, 2015 |

　　　　On December 5, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates are VACATED; and

　　　　2.　　The parties shall file dispositional documents on or before January 5, 2015.

IT IS SO ORDERED.

Dated:　**December 8, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1