Case 1:14-cv-01444-LJO-SAB   Document 22   Filed 12/10/14   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CECIL SHAW, | 1:14-cv-1444-LJO-SAB |
|---|---|
| Plaintiff, | ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS DAVINDER SINGH AND SAVE MART SUPERMARKETS (DOC. 18) |
| v. | |
| MCCORDUCK PROPERTIES LOS BANOS, LLC, et al., | |
| Defendants. | |

On December 8, 2014, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 18 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint against Defendants Davinder Singh, dba Cigarettes 4-Less #22 aka Cigarettes Outlet, and Save Mart Supermarkets only. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 10), this Court DISMISSES without prejudice this entire action against Defendants Davinder Singh, dba Cigarettes 4-Less #22 aka Cigarettes Outlet, and Save Mart Supermarkets only.

SO ORDERED
Dated: December 9, 2014

                                      /s/ Lawrence J. O'Neill
                                      **United States District Judge**

1