Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>    vs.<br><br>MCCORDUCK PROPERTIES LOS BANOS, LLC, a California limited liability company, et al.,<br><br>        Defendants. | No.  1:14-cv-01444-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants McCorduck Properties Los Banos, LLC, a California limited liability company, and Sy Liang Wang dba Teriyaki House, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. The parties are to bear their own respective fees, costs, and expenses.

Date: January 5, 2015                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Cecil Shaw

CALL & JENSEN

*/s/ Ryan M. McNamara*
Ryan M. McNamara
Attorneys for Defendants
McCorduck Properties Los Banos, LLC, a
California limited liability company, and Sy Liang
Wang dba Teriyaki House

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**SO ORDERED**
**Dated: January 6, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**